FILED: SEPTEMBER 2, 2008
08CV4972
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER
EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:
Dale C. Gittings
vs.
Tredegar Film Products and Sun Life
Assurance Company of Canada

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |  |
|---|---|
| Kimberly A. Carr |  |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kimberly A. Carr |

| FIRM |
|---|
| Best, Vanderlaan & Harrington |

| STREET ADDRESS |
|---|
| 12 W. Cass Street, Suite 12 |

| CITY/STATE/ZIP |
|---|
| Joliet, IL 60432 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272033 | (815) 740-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐