FILED: SEPTEMBER 2, 2008
08CV4972
JUDGE SHADUR
MAGISTRATE JUDGE SCHENKIER
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number:

Dale C. Gittings
vs.
Tredegar Film Products and Sun Life
Assurance Company of Canada

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Joseph E. Urani |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph E. Urani |
| FIRM<br>Best, Vanderlaan & Harrington |
| STREET ADDRESS<br>2100 Manchester Road, Suite 2100 |
| CITY/STATE/ZIP<br>Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278626 | (630) 752-8000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |